No. 612. INTERNATIONAL SALT Co. *v.* DIAMOND P TRANSPORTATION CO. ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leonard J. Matteson* for petitioner. *Messrs. George C. Sprague* and *George E. Beechwood* for respondents.

No. 617. GULLO *v.* UNITED STATES. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Otto Christensen* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Fred E. Strine* for the United States.

No. 624. OSTROW ET AL. *v.* MCNEAL; and
No. 625. SAME *v.* FISHER. January 3, 1938. Petition for writs of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. James P. Donovan* and *Albert W. Jacobson* for petitioners. No appearance for respondents. Reported below: 68 App. D. C. 69; 93 F. (2d) 228.

No. 651. SPRUILL *v.* SERVEN. January 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondent.

No. 652. SPRUILL *v.* BALLARD ET AL. January 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to